Kevin Cortright, Esq., SBN 267224
kc@cortrightlaw.com
**LAW OFFICES OF KEVIN CORTRIGHT**
29970 Technology Dr., Ste. 211
Murrieta, CA 92563
Tel.: (951) 677-8064 / Fax: (951) 677-8073

Attorneys for Plaintiffs
**DEBBIE MASTERS AND JEREMY MASTERS**

Andrew N. Kohn, Esq., SBN 166385
akohn@pettitkohn.com
Sarah A. Williams, Esq., SBN 261236
swilliams@pettitkohn.com
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Tel.: (858) 755-8500 / Fax: (858) 755-8504

Attorneys for Defendants
**A&E FACTORY SERVICE, LLC**

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| DEBBIE MASTERS and JEREMY MASTERS,<br><br>Plaintiff,<br><br>v.<br><br>A&E FACTORY SERVICE and WHIRLPOOL CORPORATION,<br><br>Defendants. | CASE NO.: 5:13-CV-02253-VAP-DTBx<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>District Judge: Virginia A. Phillips<br>Room/Courtroom: 290/2<br>Magistrate Judge: David T. Bristow<br>Room/Courtroom: 390/4<br>Complaint filed: June 19, 2013<br>Trial Date: January 27, 2015 |

COME NOW Plaintiffs DEBBIE MASTERS and JEREMY MASTERS, and Defendant A&E FACTORY SERVICE, (collectively, "the parties"), by and through their respective counsel of record, and state that the parties have agreed and hereby do stipulate and agree to entry of the following Stipulation re: Dismissal of Entire Action with Prejudice, and to abide and be bound by the following terms:

///

///

1  WHEREAS on June 19, 2013, Plaintiffs filed a Complaint in the California Superior Court, County of Riverside, entitled *Debbie Masters v. Sears Roebuck & co., A&E Factory Service and Whirlpool,* Case No. MCC 1300875. On December 6, 2013, Defendant Whirlpool Corporation filed a Notice of Removal to the U.S. District Court for the Central District of California, Eastern Division. The case was assigned a new case number of 5:13-VC-02253-VAP-DTBx. Plaintiffs' complaint alleges they suffered personal injuries and loss of consortium as a result of the negligence of defendant, A&E Factory Service. Defendants, including, A&E Factory Services denied liability;

WHEREAS on April 4, 2014, Defendant Whirlpool was dismissed from the action.

WHEREAS on August 6, 2014, the remaining parties, Plaintiffs and Defendant A&E Factory Service were able to reach a settlement of the entire action;

NOW THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. Plaintiffs DEBBIE MASTERS AND JEREMY MASTERS agree to, and hereby do, dismiss the complaint and/or any claims against Defendants A&E FACTORY SERVICE with prejudice, in its entirety pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

2. Each party is to bear their own attorneys' fees and costs of this Action.

**IT IS SO STIPULATED.**

Respectfully Submitted,

**LAW OFFICES OF KEVIN CORTWRIGHT**

Date: August 20, 2014      By:   s/Kevin Cortright
                                 Kevin Cortright, Esq.
                                 Attorneys for Plaintiffs
                                 **DEBBIE MASTERS and JEREMY MASTERS**

4544-1159

2

STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

| | |
|---|---|
| | **PETTIT KOHN INGRASSIA & LUTZ** |
| Date: August 20, 2014 | By: s/Sarah A. Williams<br>Andrew N. Kohn, Esq.<br>Sarah A. Williams, Esq.<br>Attorneys for Defendant<br>**A&E FACTORY SERVICE** |

4544-1159

3

STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kevin Cortright, counsel for Plaintiffs DEBBIE MASTERS and JEREMY MASTERS, and that I have obtained Kevin Cortright's authorization to affix his electronic signature to this document.

s/Sarah A. Williams, Esq.
Sarah A. William, Esq.

**IT IS SO ORDERED**

Dated Aug 21 2014

Virginia A. Phillips
United States District Judge